IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-1180 |
| DENISE LITTLE, an individual, | § § § | |
| Respondent. | § | |

**ORDER**

GC Services has moved to compel arbitration of the claims in Denise Little's race-discrimination lawsuit, and to enjoin Ms. Little from pursuing her lawsuit in Missouri state court. (Docket Entry No. 20). This court held a bench trial on October 14, 2019, on whether Ms. Little electronically signed an agreement to arbitrate her claims against GC Services. The court issued a Memorandum and Order Entering Findings of Fact and Conclusions of Law. (Docket Entry No. 47). For the reasons explained in detail in the Memorandum and Order, the court found that Ms. Little electronically signed the Mutual Agreement for Dispute Resolution and concluded that Ms. Little and GC Services formed a valid and broad agreement to arbitrate all disputes between them.

GC Services's motion to compel arbitration and enter an injunction is granted. Ms. Little is ordered to pursue the claims arising out of her employment at GC Services in accordance with the arbitration clause in the Mutual Agreement for Dispute Resolution. Ms. Little, her agents and representatives, and other persons with notice who are in active concert or participation with Ms. Little or her agents and representatives, are enjoined from pursuing the claims in *Denise*

*Little v. GC Services Limited Partnership-Delaware, et al.*, Case No. 1911-CC00143, in Missouri state court, pending completion of the arbitration. GC Services's lawsuit in this court is dismissed in favor of the arbitration.

SIGNED on October 23, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge